ROBERT BROOKS, alias ROBERT ANDERSON, alias FRANK ANDERSON, v. STATE.

196 So. 687
En Banc
Opinion Filed June 11, 1940

*Nathan Schevitz,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *William Fisher, Jr.,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—In this cause Mr. Chief Justice TERRELL, Mr. Justice BUFORD, and Mr. Justice BROWN are of the opinion that the decree in this cause should be reversed, while Mr. Justice WHITFIELD, Mr. Justice CHAPMAN, and Mr. Justice THOMAS are of the opinion that the said decree should be affirmed. When the members of the Supreme Court, sitting six members in a body and after full con-

sultation it appears that the members of the Court are permanently and equally divided in opinion as to whether the decree should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court, the decree should be affirmed; therefore it is considered, ordered and adjudged under the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 So. 51, that the decree of the circuit court in this cause be and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.